# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES ANTHONY SMITH

NO. 2020 KW 0948

**DECEMBER 21, 2020**

---

In Re:    Charles Anthony Smith, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 32020.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT